

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00586-CV

Juan Garcia **MORENO**,
Appellant

v.

Maria M. **MORENO**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-17672
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Juan Garcia Moreno, recover his costs of this appeal from appellee, Maria M. Moreno.

SIGNED July 18, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice